SCWC-13-0000382

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

RICHARD P. SILVA, III,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000382; CR. NO. 11-1-0926)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaii's

application for writ of certiorari filed on January 8, 2015, is

hereby rejected.

DATED: Honolulu, Hawai'i, February 19, 2015.

Brian R. Vincent
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

